# Exhibit D

Page 1

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                      )
IN RE WESTINGHOUSE ELECTRIC           )
COMPANY, LLC, et al.                  )
                                      )   Case No.
              Debtor                  )   17-10751EW
                                      )
                                      )
FLUOR ENTERPRISES, INC.,              )   Chapter 11
                                      )
              Plaintiff,              )
                                      )   Adv. Proc. No.
v.                                    )   18-01635 (MEW)
                                      )
W WIND DOWN CO LLC,                   )
                                      )
              Defendant.              )
_____)

VIDEOTAPED DEPOSITION OF COLLEEN GRYGIER
April 30, 2019
Bellevue, Washington

Reported by:
Connie Recob, CCR, RMR, CRR
CCR No. 2631

7 (Pages 22 to 25)

Page 22

1    Q.    Have you heard anything about the south
2  Texas project?
3    A.    No.
4          MR. MURA:  Let me jump in for a second here
5  and just object to any questions along this line.  If the
6  witness can answer them without disclosing conversations
7  that were with counsel.  I'm assuming that's what you're
8  asking.  But Westinghouse would certainly object to
9  reviewing any conversations that she had with other
10 lawyers or with her client.
11 BY MS. BAUM:
12   Q.    What was your role with respect to the --
13 how would you describe your role with respect to these
14 particular contracts, the Fluor contracts with respect
15 to Vogtle and Summer?
16   A.    I would describe it as coordinating the
17 negotiations and heading up the drafting, responsible
18 for progressing the deal and bringing it to a timely
19 close.
20   Q.    Do you recall what your first activity was
21 relative to that project?
22   A.    Yeah.  There was -- before we got to the
23 subcontracts, there was an initial construction
24 services agreement or something along that lines.
25         It was a limited services agreement that we

Page 23

1  entered into with Fluor that the next step was that
2  basically formed the basis for the subcontract.  And I
3  believe that initial services agreement was to allow
4  Fluor to undertake some initial review and get some
5  idea of the status of the projects.
6    Q.    And it's your recollection now that that
7  document formed the basis for the subcontracts?
8          MS. BACH:  Object to form.
9          MS. HEINDEL:  Join.
10         THE WITNESS:  I believe so, yes.
11 BY MS. BAUM:
12   Q.    Okay.  Do you recall looking -- do you
13 recall being familiar with the EPC contracts?  Do you
14 know what I mean by "the EPC contracts"?
15   A.    Yes, I do.
16   Q.    And do you recall whether you used the EPC
17 contracts when you prepared your first draft of the
18 subcontract with Fluor?
19   A.    They necessarily would have been reviewed.
20 Because to the extent there were any requirements
21 within the EPC that we were responsible to meet, that
22 we needed to flow down to Fluor to make sure we could
23 meet our compliance obligations, yes, they absolutely
24 would have been reviewed.
25   Q.    And did you use some sections of the EPC

Page 24

1  contracts as templates, sort of the starting point for
2  the contract with Fluor?
3    A.    Probably.  I'm -- I don't remember.
4              (Exhibit No. 1 marked
5               for identification.)
6          MS. BAUM:  I hope we have enough copies.  I
7  did not know, Dave, that you were going to be attending,
8  so...
9          MR. MURA:  I'm sure we can share somehow.
10             (Discussion off the written record.)
11             (Exhibit No. 2 marked
12              for identification.)
13         MS. BAUM:  So you all now have both 1 and 2.
14 BY MS. BAUM:
15   Q.    Okay.  And Ms. Grygier, the reporter has
16 handed you what's been marked as Exhibit 1.
17   A.    Yes.
18   Q.    Do you recognize that document?
19   A.    It's an e-mail.  I'm included in the
20 distribution.
21   Q.    Okay.  This e-mail, it appears to be an
22 e-mail sending out an invitation for a teleconference;
23 is that correct?
24   A.    Uh-huh.  It looks like it, yes.
25   Q.    And the subject is "Blue Fin Subcontract."

Page 25

1  Does that refer to this project, the Fluor project?
2    A.    Yeah.  That was the name given to the
3  project, yes.
4    Q.    And "Day one readiness telecom."
5          Do you recall participating in that
6  teleconference?
7    A.    I don't, no.
8    Q.    Would you look on the -- I think it's the
9  fourth page of Exhibit 1.  There's an action log of
10 various pieces of the project and due dates for those.
11         Do you see that?
12   A.    Uh-huh.
13   Q.    Do you recall -- strike that.
14         Does this action log outline the various tasks
15 that different people at Westinghouse were supposed to
16 undertake relative to the Fluor project?
17         MS. HEINDEL:  Object to form.
18         MS. BACH:  Join.
19         THE WITNESS:  Okay.  That's what it purports
20 to do.
21 BY MS. BAUM:
22   Q.    It says here that one of the things that
23 you were supposed to do is to finalize and issue draft
24 subcontracts to Fluor, part one draft terms without
25 exhibits --