# Exhibit F

## Re: Payment Backstop

| | |
|---|---|
| From: | "Baird, Timothy J" <bairdtj@westinghouse.com> |
| To: | "Grygier, Colleen T" <grygiect@westinghouse.com> |
| Cc: | "Durham, David C" <durhamdc@westinghouse.com>, "Affinito, Howard J." <affinihj@westinghouse.com>, "Kutchenriter, Kevin W." <kutchekw@westinghouse.com>, "Young, J Brad" <youngjb@westinghouse.com> |
| Date: | Tue, 15 Dec 2015 18:14:38 -0500 |

Sent from my iPhone

On Dec 15, 2015, at 5:46 PM, Grygier, Colleen T <grygiect@westinghouse.com> wrote:

> **From:** Durham, David C
> Sent: Tuesday, December 15, 2015 5:45 PM
> To: Grygier, Colleen T; Affinito, Howard J.; Kutchenriter, Kevin W.; Young, J Brad; Baird, Timothy J
> Subject: Fwd: Payment Backstop
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> From: "Dave.Dunning@fluor.com" <Dave.Dunning@fluor.com>
>> Date: December 16, 2015 at 7:05:25 AM GMT+9
>> To: "Durham, David C" <durhamdc@westinghouse.com>
>> Subject: Payment Backstop
>>
>> D2,
>>
>> I've asked Jude to put a payment guarantee (PCG) in the s/c exhibits for Westinghouse regarding the $100mm you guys will be funding as the Incentive Fee in lieu of the Owner payments. This is agreed by Fluor exec's. We will not be asking for a Toshiba PCG. Should be a relief for you as I know it is for me.
>>
>> Btw, I have walked all the exec's in Dallas through your Incentive Fee solution based on milestones and believe I'm there. We still need to

establish and agree to the 20 milestones for Exhibit K.  I want to tell you that I appreciate how you persevered and found a solution around this issue when you had so many folks beating you up, well done.

We will be sending our s/c comments back to Colleen in the morning (Wed.) and Jude is
working as lead on the Exhibits.  Stay safe.
D


Dave Dunning
Executive Consultant
Fluor Corporation

------------------------------------------------------------
The information transmitted is intended only for the person or entity to which it is addressed and may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message you are hereby notified that any use, review, retransmission, dissemination, distribution, reproduction or any action taken in reliance upon this message is prohibited. If you received this in error, please contact the sender and delete the material from any and all computers and other devices.

Any views expressed in this message are those of the individual sender and may not necessarily reflect the views of the company.
------------------------------------------------------------