# Mura, J David

| | |
|---|---|
| **From:** | Mura, J David |
| **Sent:** | Wednesday, August 14, 2019 4:37 PM |
| **To:** | Robertson, Cynthia C. |
| **Cc:** | Schneider, Elizabeth D |
| **Subject:** | RE: Fluor |

Cynthia,

We have run some analysis on the collections so far. For the identified custodians, after removing the communications with Fluor, the volume for the time period up to 12/31/15 is 84,588. When we run your search terms, the volume comes down to 45,690. Based on this, I believe the search is too broad and is resulting in a high number of non-responsive documents. A hit count by search term is below:

| Term | Hits | Hits Audited GB | Hits Fami |
|---|---|---|---|
| Fluor OR "@fluor.com" | 10974 | 1.4398247 | |
| WECTEC | 2284 | 0.480562449 | |
| (terminat* OR exception OR guarantee* OR penalty OR control) w/10 fee | 481 | 0.103749335 | |
| "t for c" OR "termination for convenience" | 295 | 0.043120235 | |
| "CB I" OR CBI | 17554 | 3.683101386 | |
| Vogtle OR Summer OR VCS | 15050 | 3.952812403 | |
| Southern OR SCANA OR "Santee Cooper" OR "Georgia Power" | 6699 | 2.215150744 | |
| Bluefin OR Blufin OR Actress* | 11693 | 1.303572208 | |
| Dunning OR Tye OR Lackey OR Dempsey OR Biggs OR Porter OR Flowers OR McSorley | 2778 | 0.596605241 | |
| D2 OR DRD | 465 | 0.41089952 | |
| Bechtel | 669 | 0.232737511 | |
| STP OR "South Texas Project" | 530 | 0.278744847 | |

As an example, using a term like "CBI" will pull in virtually any email to or from a CBI employee or discussing any project issue relating to CBI's work. Clearly such emails have no relation to the negotiation of the Fluor subcontract termination and fee provisions.

I propose narrowing the search to the highlighted terms above, which seem more than adequate to capture communications regarding the Fluor negotiations. Please let us know what you think.

Thanks.

**J. David Mura, Jr.**
Sr. Counsel
Legal & Contracts

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, PA 16066 USA
Phone: +1 (724) 940-8171
Fax: +1 (724) 940-8508

1

Email: murajd@westinghouse.com
Home Page: www.westinghousenuclear.com

**From:** Robertson, Cynthia C. <cynthia.robertson@pillsburylaw.com>
**Sent:** Wednesday, August 7, 2019 3:56 PM
**To:** Mura, J David <murajd@westinghouse.com>
**Subject:** RE: Fluor

[External Email]
Thanks, Dave. Yes, we are going to send you search terms – I'm still working on terms for the post-2015 time frame, since they're more difficult to pin down.

In the meantime, for David Durham in 2015 - based on his testimony, I believe he was hired (in July 2015) for the immediate purpose of leading the negotiations with Fluor, and that these were his sole focus at least through the end of 2015. Therefore keywords are probably not appropriate for him during that period. (Let me know if we're talking an exceedingly high number of emails for this period, but based on what Mr. Durham testified, he did not think there were.) I understand that after the original contracts were signed, Mr. Durham took on other duties (most of which are not relevant to the case), so will provide keywords for him for Jan. 1, 2016 forward.

For the other custodians, for the date ranges in 2015 that I previously gave you, I think we can work with:

Fluor OR *@fluor.com

WECTEC

(terminat* OR exception OR guarantee* OR penalty OR control) /10 fee

"t for c" OR "termination for convenience"

CB&I OR CBI

Vogtle OR Summer or VCS

Southern OR SCANA OR "Santee Cooper" OR "Georgia Power"

Bluefin OR Blufin OR Actress*

Dunning OR Tye OR Lackey OR Dempsey OR Biggs OR Porter OR Flowers OR McSorley

D2 OR DRD

Bechtel

STP or "South Texas Project"

There may well be other terms, but these seem like they should capture the core documents for the 2015 period, based on what I have seen so far from WEC. I'll revert back soon with suggested terms for the later periods – but there's no reason to hold off on these now.

Thanks,
Cynthia

**Cynthia C. Robertson** | Counsel
Pillsbury Winthrop Shaw Pittman LLP
1200 Seventeenth Street NW | Washington, DC 20036-3006
t +1.202.663.9256 | m +1.202.374.4656
cynthia.robertson@pillsburylaw.com | website bio [pillsburylaw.com]

2

**From:** Mura, J David <murajd@westinghouse.com>
**Sent:** Tuesday, July 30, 2019 1:19 PM
**To:** Robertson, Cynthia C. <cynthia.robertson@pillsburylaw.com>
**Subject:** Fluor

\* EXTERNAL EMAIL \*

Cynthia,

As discussed the other day, I can confirm that we will be able to create a log of the emails designated as privilege from the collections we have. I understood you were going to send some suggested search terms, but have not seen anything yet. Were you still going to do that?

Thanks.

**J. David Mura, Jr.**
Sr. Counsel
Legal & Contracts

Westinghouse Electric Company
1000 Westinghouse Drive
Cranberry Township, PA 16066 USA
Phone: +1 (724) 940-8171
Fax: +1 (724) 940-8508
Email: murajd@westinghouse.com
Home Page: www.westinghousenuclear.com

---

This e-mail may contain proprietary information of the sending organization. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited. The information contained in this e-mail and attached document(s) is intended only for the personal and private use of the recipient(s) named above. If you have received this communication in error, please notify the sender immediately by email and delete the original e-mail and attached document(s).

---

This e-mail may contain proprietary information of the sending organization. Any unauthorized or improper disclosure, copying, distribution, or use of the contents of this e-mail and attached document(s) is prohibited. The information contained in this e-mail and attached document(s) is intended only for the personal and private use of the recipient(s) named above. If you have received this communication in error, please notify the sender immediately by email and delete the original e-mail and attached document(s).

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Help Desk at Tel: 800-477-0770, Option 1, immediately by telephone or by return E-mail and delete this message, along with any attachments, from your computer. Thank you.