**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Deborah B. Baum (admitted *pro hac vice*)
Patrick J. Potter (admitted *pro hac vice*)
Cynthia Cook Robertson (admitted *pro hac vice*)
Dania Slim (admitted *pro hac vice*)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000

Andrew M. Troop
31 West 52nd Street
New York, NY 10019
Telephone: 212.858.1000

*Counsel for Fluor Enterprises, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>WESTINGHOUSE ELECTRIC COMPANY, LLC, *et al.*,<br>Debtors. | Chapter 11<br><br>Case No. 17-10751 (MEW)<br><br>(Jointly Administered) |
| FLUOR ENTERPRISES, INC.,<br>Plaintiff,<br><br>v.<br><br>W WIND DOWN CO LLC,<br>Defendant. | Adv. Proc. No. 18-01635 (MEW) |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

The parties to the above-captioned adversary proceeding, Plaintiff Fluor Enterprises, Inc. and Defendant W Wind Down Co LLC, acting through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable in this proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby stipulate the dismissal with

prejudice of all claims and causes of action asserted in this proceeding. Each party shall bear its own attorney's fees, expenses, and costs.

Dated: November 21, 2019

Respectfully submitted,

| WEIL, GOTSHAL & MANGES LLP | PILLSBURY WINTHROP SHAW PITTMAN LLP |
|---|---|
| */s/ Robert S. Berezin* | */s/ Patrick J. Potter* |
| Robert S. Berezin | Deborah B. Baum (admitted *pro hac vice*) |
| 767 Fifth Avenue | Patrick J. Potter (admitted *pro hac vice*) |
| New York, New York 10153 | Cynthia Cook Robertson (admitted *pro hac vice*) |
| Telephone: 212.310.8000 | Dania Slim (admitted *pro hac vice*) |
| | 1200 Seventeenth Street, NW |
| *Counsel to W Wind Down Co LLC* | Washington, DC 20036 |
| | Telephone: 202.663.8000 |
| | |
| | Andrew M. Troop |
| | 31 West 52nd Street |
| | New York, NY 10019 |
| | Telephone: 212.858.1000 |
| | |
| | *Counsel for Fluor Enterprises, Inc.* |

# CERTIFICATE OF SERVICE

       I hereby certify that on November 21, 2019, an electronic copy of the foregoing was filed electronically through the Court's CM/ECF system, which caused all parties or counsel requesting notice in the above-captioned adversary proceeding to be served by electronic means on the date of filing. I further certify that the foregoing motion was served on the parties identified below via e-mail or, for those parties with no e-mail address listed, via first-class mail.

Paul Schwartzberg
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Official Committee of Unsecured Creditors
Jones Lange LaSalle Americas, Inc.
J.C. Pelusi, Managing Director
Tower 260
260 Forbes Ave, Ste 1200
Pittsburgh, PA 15222

Westinghouse Electric Company LLC
1000 Westinghouse Drive
Cranberry Township, PA 16066

Kathleen Aiello
Oksana Wright
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178
Email: KAiello@foxrothschild.com
       OWright@foxrothschild.com

Alan W. Kornberg
Kyle J. Kimpler
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
Email: akornberg@paulweiss.com
       kkimpler@paulweiss.com

Robert Berezin
Gary T. Holtzer
Garret A. Fail
David N. Griffiths
Weil, Gothsal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Email: robert.berezin@weil.com
       gary.holtzer@weil.com
       garrett.fail@weil.com
       david.griffiths@weil.com

Martin J. Bienenstock
Timothy Q. Karcher
Vincent Indelicato
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Email: mbienenstock@proskauer.com
       tkarcher@proskauer.com
       vindelicato@proskauer.com

                                                        /s/ Patrick J. Potter
                                                        Patrick J. Potter